# Third District Court of Appeal

## State of Florida

Opinion filed March 26, 2025.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D24-0517
Lower Tribunal No. 18-25758-CA-01
_____


**James Flaherty,**
Appellant,

vs.

**Patrick Flaherty, et al.,**
Appellees.


An Appeal from the Circuit Court for Miami-Dade County, Charles Kenneth Johnson, Judge.

James Flaherty, in proper person.

Law Offices of Aaron Resnick, P.A., and Michael S. Greenberg, for appellees.


Before SCALES, GORDO and BOKOR, JJ.

PER CURIAM.

Affirmed. See Fision Corp. v. Frueh, 369 So. 3d 1211, 1216 (Fla. 2d DCA 2023) (noting that "[o]nly disputes over facts that might affect the outcome of the suit under the governing law will properly preclude the entry of summary judgment" (quotation omitted)); Rich v. Narog, 366 So. 3d 1111, 1118 (Fla. 3d DCA 2022) ("Specifically, it is incumbent upon the nonmoving party to come forward with evidentiary material demonstrating that a genuine issue of fact exists as to an element necessary for the non-movant to prevail at trial."); see also Johnson v. Wal-Mart Stores E., LP, 389 So. 3d 705, 713 n.4 (Fla. 5th DCA 2024) (noting appellate court has "no authority to search the record or briefs for new facts and reformulate a party's argument on their behalf"); Boksa v. Hogan, 389 So. 3d 584, 585 (Fla. 3d DCA 2023) (dismissing appeal in part for failure to comply with rule 9. 210(b)).